UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VINCENT MAYES,<br><br>    Plaintiff,<br><br>    v.<br><br>FRASIHER, et al.,<br><br>    Defendants. | Case No. 18-CV-04519 LHK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California state prisoner, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which plaintiff complains occurred at California Health Care Facility ("CHCF") in Stockton, where plaintiff is also housed. Defendants are also located in Stockton which lies in the Eastern District of California. Venue therefore is proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 8/27/2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CV-04519 LHK (PR)
ORDER OF TRANSFER