UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VINCENT MAYES,<br><br>Plaintiff,<br><br>v.<br><br>FRASIHER, et al.,<br><br>Defendants. | No. 2: 18-cv-2347 TLN KJN P<br><br><br>FINDINGS & RECOMMENDATIONS |

On January 31, 2019, the undersigned granted plaintiff thirty days to file an amended complaint. In this order, the undersigned warned plaintiff that failure to file an amended complaint within that time would result in a recommendation of dismissal of this action. Thirty days passed from January 31, 2019 and plaintiff did not file an amended complaint.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

////

1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 11, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mayes2347.fta(2)